UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Antoine Jones,

      Plaintiff,

v.                       Case No.  17-13222

F.C.I. Milan Low Staff, *et al.*,      Sean F. Cox
                                 United States District Court Judge

      Defendants.
_____/

## ORDER ADOPTING
## 4/8/19  REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff filed this action on September 29, 2017.  The action was assigned to Magistrate Judge Mona Majzoub for all pretrial proceedings.

On April 8, 2019, the magistrate judge issued a Report and Recommendation ("R&R"), wherein she recommends that the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  (ECF No. 15).

Pursuant to Fed. R. Civ. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no objections to the R&R were filed.  The Court hereby **ADOPTS** the April 8, 2019 R&R and **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ.

P. 4(m).

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  May 10, 2019